AO 245H   (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

District of _____Colorado_____

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| | Case No. 14-mj-00063-GPG |
| JOHN W. BRUNO | USM No. |
| | Stephen Laiche |
| | Defendant's Attorney |

## THE DEFENDANT:

■ **THE DEFENDANT** pleaded guilty to count(s)   Counts I and IV

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC§ 844(a) | Possession of controlled substance | 02-20-2014 | I |
| 43CFR§ 8365.1-4(b)(4) | Dispose household refuse | 02-20-2014 | IV |

■ Count(s)   II and III   □ is  ■ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | Fine |
|---|---|---|
| **Total:** | $ | 50.00 $   0 |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: _____

City and State of Defendant's Residence:

July 29, 2014
Date of Imposition of Judgment

_____
Signature of Judge

*Gordon P. Gallagher Magistrate Judge
Name and Title of Judge

July 29, 2014
Date